MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN (111070)
JEFFREY W. LAWRENCE (166806)
DENNIS J. HERMAN (220163)
SHIRLEY H. HUANG (206854)
SHANA E. SCARLETT (217895)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
    – and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LAW OFFICES OF BERNARD M.
  GROSS, P.C.
BERNARD M. GROSS
DEBORAH R. GROSS
1515 Locust Street, 2nd Floor
Philadelphia, PA  19102
Telephone:  215/561-3600
215/561-3000 (fax)

COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
STEVEN J. TOLL
MARK S. WILLIS
JOSHUA S. DEVORE
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone:  202/408-4600
202/408-4699 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN CORPORATION SECURITIES LITIGATION | Master File No. C-02-2270-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF WITHDRAWAL OF PLAINTIFF STONERIDGE INVESTMENT PARTNERS, LLC |
| ALL ACTIONS. | |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      NOTICE IS HEREBY GIVEN that one of the six individuals and entities designated lead plaintiffs, Stoneridge Investment Partners, LLC, hereby withdraws from the above-entitled action.

DATED: April 19, 2004
    MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
    PATRICK J. COUGHLIN
    JEFFREY W. LAWRENCE
    DENNIS J. HERMAN
    SHIRLEY H. HUANG
    SHANA E. SCARLETT

    /s/ Jeffrey W. Lawrence
    JEFFREY W. LAWRENCE

    100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
    WILLIAM S. LERACH
    401 B Street, Suite 1700
    San Diego, CA 92101
    Telephone: 619/231-1058
    619/231-7423 (fax)

    LAW OFFICES OF BERNARD M.
      GROSS, P.C.
    BERNARD M. GROSS
    DEBORAH R. GROSS
    1515 Locust Street, 2nd Floor
    Philadelphia, PA 19102
    Telephone: 215/561-3600
    215/561-3000 (fax)

    COHEN, MILSTEIN, HAUSFELD
      & TOLL, P.L.L.C.
    STEVEN J. TOLL
    MARK S. WILLIS
    JOSHUA S. DEVORE
    1100 New York Avenue, N.W.
    West Tower, Suite 500
    Washington, DC 20005-3964
    Telephone: 202/408-4600
    202/408-4699 (fax)

    Co-Lead Counsel for Plaintiffs

NOTICE OF WITHDRAWAL OF PLAINTIFF STONERIDGE INVESTMENT
PARTNERS, LLC - C-02-2270-JW(PVT)      - 1 -

1
2   SCHATZ & NOBEL, P.C.
    ANDREW M. SCHATZ
3   JEFFREY S. NOBEL
    NANCY A. KULESA
4   One Corporate Center
    20 Church Street, Suite 1700
5   Hartford, CT  06103
    Telephone:  860/493-6292
6   860/493-6290 (fax)

7   Attorneys for Plaintiffs

T:\CasesSF\VeriSign\NOT00008777.doc

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF PLAINTIFF STONERIDGE INVESTMENT
PARTNERS, LLC - C-02-2270-JW(PVT)                                                  - 2 -

DECLARATION OF SERVICE BY FACSIMILE
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and [a resident of]/[employed in] the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on April 19, 2004, declarant served by facsimile the **NOTICE OF WITHDRAWAL OF PLAINTIFF STONERIDGE INVESTMENT PARTNERS, LLC** to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.milberg.com

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2004, at San Francisco, California.

                                                        /s/ Marcy Medeiros
                                                        MARCY MEDEIROS

VERISIGN (LEAD)

Service List - 4/19/2004    (02-0198)

Page 1 of 2

**Counsel For Defendant(s)**

David M. Furbush
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA  94025
   650/473-2600
   650/473-2601 (Fax)

Dhaivat H. Shah
Lori  Romley
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
   415/984-8700
   415/984-8701 (Fax)

**Counsel For Plaintiff(s)**

Steven J. Toll
Mark S. Willis
Joshua S. Devore
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

Bernard M. Gross
Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, 2nd Floor
Philadelphia, PA  19102
   215/561-3600
   215/561-3000 (Fax)

William S. Lerach
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Patrick J. Coughlin
Jeffrey W. Lawrence
Shirley H. Huang
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

VERISIGN (LEAD)
Service List - 4/19/2004    (02-0198)
Page 2 of 2

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290 (Fax)