DAVID M. FURBUSH (State Bar No. 83447) – dfurbush@omm.com
LORI E. ROMLEY (State Bar No. 148447) – lromley@omm.com
DHAIVAT H. SHAH (State Bar No. 196382) – dshah@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:    (650) 473-2600
Facsimile:     (650) 473-2601

JESSICA A. HOOGS (State Bar No. 227011) – jhoogs@omm.com
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendants
VeriSign, Inc., Stratton D. Sclavos, Dana L. Evan,
Robert J. Korzeniewski, and Quentin P. Gallivan

# UNITED  STATES  DISTRICT  COURT

## NORTHERN  DISTRICT  OF  CALIFORNIA

### SAN  JOSE  DIVISION

| | |
|---|---|
| In re VERISIGN, INC. SECURITIES LITIGATION | Master File No. C-02-2270-JW(PVT) |
| | <u>CLASS ACTION</u> |
| This Document Relates to:<br>ALL ACTIONS | **STIPULATION RE: EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON** |

STIPULATION AND ORDER RE: EXTENSION
OF TIME TO FILE AMENDED COMPLAINT
C-02-2270-JW(PVT)

| | |
|---|---|
| 1 | The parties hereto, plaintiffs and defendants VeriSign, Inc., Stratton D. Sclavos, Dana L. |
| 2 | Evan, Robert J. Korzeniewski, and Quentin P. Gallivan, by and through their respective counsel |
| 3 | of record, hereby stipulate, and request that the Court enter an order thereon, that plaintiffs shall |
| 4 | have an extension of time until December 15, 2005, to file an amended complaint in this matter. |
| 5 | The parties further stipulate that the briefing schedule on any motion to dismiss or other motion in |
| 6 | response to the amended complaint shall be as set forth herein. |
| 7 | **WHEREAS,** the Court issued its Corrected Order Granting In Part And Denying In Part |
| 8 | Defendants' Motion For Judgment On The Pleadings; Denying Without Prejudice Defendants' |
| 9 | Motion To Strike And Motion To Shorten The Class Period ("Corrected Order") on November 2, |
| 10 | 2005; |
| 11 | **WHEREAS,** the Corrected Order requires that plaintiffs file an amended complaint on or |
| 12 | before November 18, 2005; |
| 13 | **WHEREAS,** the parties agree that an extension of time to file plaintiffs' amended |
| 14 | complaint, and a stipulated briefing schedule are appropriate; |
| 15 | **WHEREAS,** defendants have notified plaintiffs that they intend to file a motion to dismiss |
| 16 | in response to any amended complaint and the parties seek to establish a briefing schedule for the |
| 17 | motion; |
| 18 | **WHEREAS,** the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B) |
| 19 | provides that: "[i]n any private action . . . all discovery and other proceedings shall be |
| 20 | stayed during the pendency of any motion to dismiss," and defendants' motion to dismiss |
| 21 | falls within this statutory language. |
| 22 | **WHEREAS,** plaintiffs believe that under the circumstances of this case there are |
| 23 | good grounds to lift the stay after the amended complaint is filed.  They expressly reserve |
| 24 | the right to move the Court to lift the stay in accordance with 15 U.S.C. § 78u-4(b)(3)(B); |
| 25 | **WHEREAS,** defendants believe that the discovery stay during the pendency of |
| 26 | their motion to dismiss under 15 U.S.C. § 78u-4(b)(3)(B) is automatic and appropriate, |
| 27 | and that there are no circumstances that would support lifting the automatic stay.  They |
| 28 | expressly reserve the right to oppose any lifting of the stay. |

- 1 -

STIPULATION AND ORDER RE: EXTENSION
OF TIME TO FILE AMENDED COMPLAINT
C-02-2270-JW(PVT)

**WHEREAS,** in light of defendants' anticipated pending motion to dismiss the amended complaint, all discovery cut-offs and expert report deadlines should be vacated;

**THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED THAT**

1. Plaintiffs will file an amended complaint on or before December 15, 2005;
2. All discovery cut-offs and expert report deadlines shall be vacated;
3. Defendants will file a motion to dismiss on or before January 23, 2006;
4. Plaintiffs will file an opposition on or before February 20, 2006;
5. Defendants will file a reply on or before March 6, 2006;
6. The hearing on the motion to dismiss will occur on March 20, 2006, or as soon thereafter as directed by the Court.

DATED: November 14, 2005  LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Jeffrey Lawrence
JEFFREY LAWRENCE

Attorneys for Plaintiffs

DATED: November 10, 2005  O'MELVENY & MYERS LLP

By: /s/ David M. Furbush
DAVID M. FURBUSH

Attorneys for Defendants
VeriSign, Inc., Stratton D. Sclavos, Dana L. Evan, Robert J. Korzeniewski, and Quentin P. Gallivan

I certify that Jeffrey Lawrence concurs in the filing of this document.

By: /s/ David M. Furbush
DAVID M. FURBUSH

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **PURSUANT TO STIPULATION IT IS SO ORDERED.** |
| 3 | |
| 4 | Date: 11/17/05  _____ |
| 5 | Judge James Ware |

MP1:971341.1

- 3 - STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE AMENDED COMPLAINT
C-02-2270-JW(PVT)