```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  PATRICK J. COUGHLIN (111070)
    JEFFREY W. LAWRENCE (166806)
 3  DENNIS J. HERMAN (220163)
    CHRISTOPHER P. SEEFER (201197)
 4  SHIRLEY H. HUANG (206854)
    SHANA E. SCARLETT (217895)
 5  JENNIE LEE ANDERSON (203586)
    100 Pine Street, Suite 2600
 6  San Francisco, CA  94111
    Telephone: 415/288-4545
 7  415/288-4534 (fax)
    PatC@lerachlaw.com
 8  JeffreyL@lerachlaw.com
    DennisH@lerachlaw.com
 9  ChrisS@lerachlaw.com
    ShirleyH@lerachlaw.com
10  ShanaS@lerachlaw.com
    JennieA@lerachlaw.com
11         – and –
    WILLIAM S. LERACH (68581)
12  655 West Broadway, Suite 1900
    San Diego, CA  92101
13  Telephone:  619/231-1058
    619/231-7423 (fax)
14  BillL@lerachlaw.com

15  Lead Counsel for Plaintiffs
```

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN CORPORATION SECURITIES LITIGATION | Master File No. C-02-2270-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION EXTENDING THE TIME FOR LEAD PLAINTIFFS TO FILE THE THIRD AMENDED COMPLAINT |
| ALL ACTIONS. | |

1  The parties hereto, lead plaintiffs and defendants VeriSign, Inc., Stratton D. Sclavos, Dana L.
2  Evan, Robert J. Korzeniewski, and Quentin P. Gallivan, by and through their respective counsel of
3  record, hereby state as follows:
4  WHEREAS, on October 28, 2005, the Court granted in part, and denied in part, defendants'
5  motion for judgment on the pleadings and granted plaintiffs' leave to amend by November 18, 2005;
6  WHEREAS, on October 31, 2005, defendants notified plaintiffs that they would be moving
7  to dismiss any amended complaint;
8  WHEREAS, the parties previously agreed that lead plaintiffs would file the Third Amended
9  Complaint by December 15, 2005; and
10  WHEREAS, in order to allow the complaint to be filed and reviewed, the parties have agreed
11  to a one-week extension for lead plaintiffs to file the Third Amended Complaint.
12  THEREFORE, IT IS HEREBY STIPULATED that:
13  1.  Plaintiffs will file an amended complaint on or before December 22, 2005;
14  2.  Defendants will file a motion to dismiss on or before January 30, 2006;
15  3.  Plaintiffs will file an opposition on or before February 27, 2006;
16  4.  Defendants will file a reply on or before March 13, 2006; and
17  5.  The hearing on the motion to dismiss will occur on March 27, 2006, at 9:00 a.m., or
18  as soon thereafter as directed by the Court.

19  DATED: December 14, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
DENNIS J. HERMAN
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG
SHANA E. SCARLETT
JENNIE LEE ANDERSON


             /s/
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIP RE: DISCOVERY STAY PURSUANT TO THE PSLRA AND EXTENSION OF
TIME TO FILE THIRD AMENDED COMPLAINT - C-02-2270-JW(PVT)                          - 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED: December 14, 2005 | O'MELVENY & MEYERS LLP<br>DAVID M. FURBUSH |
|   | /s/<br>DAVID M. FURBUSH<br><br>2765 Sandhill Road<br>Menlo Park, CA 94025<br>Telephone: 650/473-2600<br>650/473-2601 (fax)<br><br>O'MELVENY & MEYERS LLP<br>DHAIVAT H. SHAH<br>275 Batter Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/984-8700<br>415/984-8701 (fax)<br><br>Attorneys for Defendant(s) |

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation Extending the Time for Lead Plaintiffs to File the Third Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that David M. Furbush has concurred in this filing.

/s/
JEFFREY W. LAWRENCE

\*   \*   \*

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 12/20/05

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\VeriSign\STP00026771.doc

STIP RE: DISCOVERY STAY PURSUANT TO THE PSLRA AND EXTENSION OF
TIME TO FILE THIRD AMENDED COMPLAINT - C-02-2270-JW(PVT)            - 2 -

DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 14, 2005, declarant served by facsimile the **STIPULATION EXTENDING THE TIME FOR LEAD PLAINTIFFS TO FILE THE THIRD AMENDED COMPLAINT** to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2005, at San Francisco, California.

/s/
CAROLYN BURR

VERISIGN (LEAD)
Service List - 12/14/2005  (02-0198)
Page 1 of 2

**Counsel For Defendant(s)**

Dhaivat H. Shah
Jessica A. Hoogs
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
   415/984-8700
   415/984-8701 (Fax)

David M. Furbush
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA  94025
   650/473-2600
   650/473-2601 (Fax)

**Counsel For Plaintiff(s)**

Steven J. Toll
Lisa M. Mezzetti
Joshua S. Devore
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

Bernard M. Gross
Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
   215/561-3600
   215/561-3000 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Patrick J. Coughlin
Jeffrey W. Lawrence
Shirley H. Huang
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

VERISIGN (LEAD)
Service List - 12/14/2005  (02-0198)
Page 2 of 2

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290(Fax)

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611(Fax)

Arthur L. Shingler III
Scott + Scott, LLC
600 B Street, Suite 1500
San Diego, CA  92101
   619/233-4565
   619/233-0508(Fax)