1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re VERISIGN CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-02-2270-JW(PVT) <br><br> <u>CLASS ACTION</u> <br><br> ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO HAVE THE THIRD AMENDED CLASS ACTION COMPLAINT FILED UNDER SEAL |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

On December 30, 2005, plaintiffs filed a miscellaneous administrative request to file the Third Amended Class Action Complaint under seal. Having reviewed plaintiffs' miscellaneous administrative request to file the Third Amended Class Action Complaint under seal, and good cause showing, it is hereby ordered that plaintiffs' miscellaneous administrative request to file the Third Amended Class Action Complaint under seal is GRANTED.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _Jan. 4, 2006_____  _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

December 30, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
DENNIS J. HERMAN
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG
SHANA E. SCARLETT
JENNIE LEE ANDERSON


          /S/
    CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[PROPOSED] ORD GRANTING PLTFS' MISC ADMIN REQ TO HAVE THE 3RD
AMENDED CLASS ACTION COMPLT FILED UNDER SEAL - C-02-2270-JW(PVT)    - 1 -

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES BERNARD M. GROSS, P.C.<br>BERNARD M. GROSS |
| 3 | DEBORAH R. GROSS<br>1515 Locust Street, 2nd Floor |
| 4 | Philadelphia, PA 19102<br>Telephone: 215/561-3600 |
| 5 | 215/561-3000 (fax) |
| 6 | COHEN, MILSTEIN, HAUSFELD<br>  & TOLL, P.L.L.C. |
| 7 | STEVEN J. TOLL<br>LISA M. MEZZETTI |
| 8 | JOSHUA S. DEVORE<br>ADAM T. SAVETT |
| 9 | 1100 New York Avenue, N.W.<br>West Tower, Suite 500 |
| 10 | Washington, DC 20005-3964<br>Telephone: 202/408-4600 |
| 11 | 202/408-4699 (fax) |
| 12 | SCHATZ & NOBEL, P.C.<br>ANDREW M. SCHATZ |
| 13 | JEFFREY S. NOBEL<br>NANCY A. KULESA |
| 14 | One Corporate Center<br>20 Church Street, Suite 1700 |
| 15 | Hartford, CT 06103<br>Telephone: 860/493-6292 |
| 16 | 860/493-6290 (fax) |
| 17 | Additional Counsel for Plaintiffs |
| | T:\CasesSF\VeriSign\ORD00027031.doc |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORD GRANTING PLTFS' MISC ADMIN REQ TO HAVE THE 3RD
AMENDED CLASS ACTION COMPLT FILED UNDER SEAL - C-02-2270-JW(PVT)   - 2 -

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE BY FACSIMILE |
| 2 | I, the undersigned, declare: |

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 30, 2005, declarant served by facsimile the **[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO HAVE THE THIRD AMENDED CLASS ACTION COMPLAINT FILED UNDER SEAL** to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of December, 2005, at San Francisco, California.

/S/
CAROLYN BURR

VERISIGN (LEAD)
Service List - 12/21/2005  (02-0198)
Page 1 of 2

**Counsel For Defendant(s)**

Dhaivat H. Shah
Jessica A. Hoogs
O'Melveny & Myers LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
   415/984-8700
   415/984-8701 (Fax)

David M. Furbush
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA  94025
   650/473-2600
   650/473-2601 (Fax)

**Counsel For Plaintiff(s)**

Steven J. Toll
Lisa M. Mezzetti
Joshua S. Devore
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

Bernard M. Gross
Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
   215/561-3600
   215/561-3000 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Patrick J. Coughlin
Jeffrey W. Lawrence
Shirley H. Huang
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

VERISIGN (LEAD)
Service List - 12/21/2005   (02-0198)
Page 2 of 2

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290(Fax)

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611(Fax)

Arthur L. Shingler III
Scott + Scott, LLC
600 B Street, Suite 1500
San Diego, CA  92101
   619/233-4565
   619/233-0508(Fax)