UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN CORPORATION SECURITIES LITIGATION | ) Master File No. C-02-2270-JW(PVT) ) ) CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ORDER GRANTING ) PLAINTIFFS' MISCELLANEOUS ) ADMINISTRATIVE REQUEST TO FILE A ) REDACTED THIRD AMENDED CLASS ) ACTION COMPLAINT |

On January 17, 2006, plaintiffs filed a miscellaneous administrative request to file a redacted version of the Third Amended Class Action Complaint. Having reviewed plaintiffs' miscellaneous administrative request, and good cause showing, it is hereby ordered that plaintiffs' miscellaneous administrative request to file a redacted version of the Third Amended Class Action Complaint is GRANTED.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: _Jan. 19, 2006_____

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Submitted by:

January 17, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
DENNIS J. HERMAN
CHRISTOPHER P. SEEFER
SHIRLEY H. HUANG
SHANA E. SCARLETT
JENNIE LEE ANDERSON


       /s/_____
    CHRISTOPHER P. SEEFER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING PLTFS' MISC ADMIN REQUEST TO FILE A
REDACTED THIRD AMENDED CLASS ACTION COMPLAINT - C-02-2270-JW(PVT)    - 1 -

|   |   |
|---|---|
| 1 | |
| 2 | LAW OFFICES BERNARD M. GROSS, P.C.<br>BERNARD M. GROSS<br>DEBORAH R. GROSS |
| 3 | 1515 Locust Street, 2nd Floor<br>Philadelphia, PA  19102 |
| 4 | Telephone:  215/561-3600<br>215/561-3000 (fax) |
| 5 | |
| 6 | COHEN, MILSTEIN, HAUSFELD<br>   & TOLL, P.L.L.C.<br>STEVEN J. TOLL |
| 7 | LISA M. MEZZETTI<br>JOSHUA S. DEVORE |
| 8 | ADAM T. SAVETT<br>1100 New York Avenue, N.W. |
| 9 | West Tower, Suite 500<br>Washington, DC  20005-3964 |
| 10 | Telephone:  202/408-4600<br>202/408-4699 (fax) |
| 11 | |
| 12 | SCHATZ & NOBEL, P.C.<br>ANDREW M. SCHATZ |
| 13 | JEFFREY S. NOBEL<br>NANCY A. KULESA |
| 14 | One Corporate Center<br>20 Church Street, Suite 1700 |
| 15 | Hartford, CT  06103<br>Telephone:  860/493-6292 |
| 16 | 860/493-6290 (fax) |
| 17 | Additional Counsel for Plaintiffs<br><br>T:\CasesSF\VeriSign\ORD00027281.doc |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING PLTFS' MISC ADMIN REQUEST TO FILE A
REDACTED THIRD AMENDED CLASS ACTION COMPLAINT - C-02-2270-JW(PVT)     - 2 -

DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 17, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the **[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE A REDACTED THIRD AMENDED CLASS ACTION COMPLAINT** to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2006, at San Francisco, California.

/s/
CAROLYN BURR

1  Service List – 1/17/06
   VERISIGN (LEAD)
2
   **Counsel For Defendant(s)**
3
4  Dhaivat H. Shah                              David M. Furbush
   Jessica A. Hoogs                             O'Melveny & Myers LLP
   O'Melveny & Myers LLP                        David M. Furbush
5  275 Battery Street, Suite 2600               2765 Sand Hill Road
   San Francisco, CA 94111-3305                 Menlo Park, CA 94025
6  415/984-8700                                 650/473-2600
   415/984-8701(Fax)                            650/473-2601(Fax)
7  **EMAIL:** dshah@omm.com                     **EMAIL:** dfurbush@omm.com
           jhoogs@omm.com                               lromley@omm.com
8                                                       mrobertson@omm.com
                                                        afreeman@omm.com
9
   **Counsel For Plaintiff(s)**
10
11 Steven J. Toll                               Bernard M. Gross
   Lisa M. Mezzetti                             Deborah R. Gross
   Joshua S. Devore                             Law Offices Bernard M. Gross, P.C.
12 Cohen, Milstein, Hausfeld & Toll, P.L.L.C.   100 Penn Square East, Suite 450
   1100 New York Ave., N.W., Suite 500          Wanamaker Bldg.
13 Washington, DC 20005-3964                    Philadelphia, PA 19107
   202/408-4600                                 215/561-3600
14 202/408-4699(Fax)                            215/561-3000(Fax)
   **EMAIL:** stoll@cmht.com                    **EMAIL:** debbie@bernardmgross.com
15         lmezzetti@cmht.com
           jdevore@cmht.com
16
17 William S. Lerach                            Patrick J. Coughlin
   Lerach Coughlin Stoia Geller Rudman &        Jeffrey W. Lawrence
   Robbins LLP                                  Shirley H. Huang
18 655 West Broadway, Suite 1900                Lerach Coughlin Stoia Geller Rudman &
   San Diego, CA 92101                          Robbins LLP
19 619/231-1058                                 100 Pine Street, Suite 2600
   619/231-7423(Fax)                            San Francisco, CA 94111-5238
20 **EMAIL:** billl@lerachlaw.com               415/288-4545
                                                415/288-4534(Fax)
21                                              **EMAIL:** patrickc@lerachlaw.com
                                                        jeffreyl@lerachlaw.com
22                                                      chriss@lerachlaw.com
                                                        dennish@lerachlaw.com
23                                                      shirleyh@lerachlaw.com

24 Andrew M. Schatz                             Arthur L. Shingler III
   Jeffrey S. Nobel                             Scott + Scott, LLC
25 Nancy A. Kulesa                              600 B Street, Suite 1500
   Schatz & Nobel, P.C.                         San Diego, CA 92101
26 One Corporate Center                         619/233-4565
   20 Church Street, Suite 1700                 619/233-0508(Fax)
27 Hartford, CT 06103                           **EMAIL:** scottlaw@scott-scott.com
   860/493-6292
28 860/493-6290(Fax)

1 | **EMAIL:** jnobel@snlaw.net
2 | nkulesa@snlaw.net
3 | Robert M. Roseman
  | Spector, Roseman & Kodroff, P.C.
  | 1818 Market Street, Suite 2500
4 | Philadelphia, PA 19103
  | 215/496-0300
5 | 215/496-6611(Fax)
  | **EMAIL:** rroseman@srk-law.com
6 | sparis@srk-law.com