1  DAVID M. FURBUSH (State Bar No. 83447)
   LORI E. ROMLEY (State Bar No. 148447)
2  DHAIVAT H. SHAH (State Bar No. 196382)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, California  94025
4  Telephone:   (650) 473-2600
   Facsimile:    (650) 473-2601
5  E-Mail:         dfurbush@omm.com
                  lromley@omm.com
6                 dshah@omm.com

7  SETH ARONSON (State Bar No. 100153)
   O'MELVENY & MYERS LLP
8  400 South Hope Street
   Los Angeles, California  90071
9  Telephone:   (213) 430-6000
   Facsimile:    (213) 430-6407
10 E-Mail:         saronson@omm.com

11 JESSICA A. HOOGS (State Bar No. 227011)
   O'MELVENY & MYERS LLP
12 275 Battery Street, Suite 2600
   San Francisco, California  94111
13 Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
14 E-Mail:         jhoogs@omm.com

15 Attorneys for Defendants
   VERISIGN, INC., STRATTON D. SCLAVOS,
16 DANA L. EVAN, ROBERT J. KORZENIEWSKI,
   and QUENTIN P. GALLIVAN

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>VERISIGN, INC.<br>SECURITIES LITIGATION | Master File No. C-02-2270-JW (PVT)<br><br>CLASS ACTION<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND OR OTHERWISE MOVE TO DISMISS FOURTH AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Judge:   Honorable James Ware |

**WHEREAS,** the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss ("Order") on April 6, 2006;

**WHEREAS,** the Order required that plaintiffs file an amended complaint on or before May 12, 2006;

**WHEREAS,** on May 12, 2006, plaintiffs filed their Fourth Amended Complaint as required;

**WHEREAS,** the parties agree that it is appropriate to extend defendants' time to file an answer or a motion to dismiss plaintiffs' amended complaint;

**THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED THAT**:

1. Defendants will file an answer or a motion to dismiss to plaintiffs Fourth Amended Complaint on or before June 12, 2006.

Dated: May 19, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____/s/ Jeffrey Lawrence_____
Jeffrey Lawrence

Attorneys for Plaintiffs

Dated: May 19, 2006

O'MELVENY & MYERS LLP

By: _____/s/ David M. Furbush_____
David M. Furbush

Attorneys for Defendants
VERISIGN, INC., STRATTON D. SCLAVOS, DANA L. EVAN, ROBERT J. KORZENIEWSKI, and QUENTIN P. GALLIVAN

1 **CERTIFICATE OF CONCURRENCE**

I certify that Jeffrey Lawrence concurs in the filing of this document.

/s/ David . Furbush
_____
David M. Furbush

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

4  Dated: 05/23/06  _____

5

6  _____
   The Honorable James Ware
7  United States District Judge

8

9

10

11

12

13  MP1:971130.4

---

- 3 -
STIPULATION & PROPOSED ORDER RE EXTENSION OF TIME
TO RESPOND TO FOURTH AMENDED COMPLAINT - C-02-2270-JW (PVT)