IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Verisign, Inc.<br>  Securities Litigation<br><br>This Document Relates to All Action<br>_____/ | NO. C 02-02270 JW<br><br>**ORDER CONTINUING MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT** |

On the Court's own motion, the hearing on the Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint currently set for October 30, 2006 is continued to **November 13, 2006 at 9 a.m.**

Dated:  October 17, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam T. Savett asavett@cmht.com
Alfred Glenn Yates yateslaw@aol.com
Amy Freeman afreeman@omm.com
Andrew M. Schatz firm@snlaw.net
Christopher Paul Seefer chriss@lerachlaw.com
Christopher T. Heffelfinger cheffelfinger@bermanesq.com
David Malcolm Furbush dfurbush@omm.com
Deborah R. Gross debbie@bernardmgross.com
Dennis J. Herman dennish@lerachlaw.com
Dhaivat H. Shah dshah@omm.com
Ioana Petrou ioana.petrou@usdoj.gov
Jeffrey W. Lawrence jeffreyl@lerachlaw.com
Jennie Lee Anderson jenniea@lerachlaw.com
Jessica Anne Hoogs jhoogs@omm.com
Joshua Seth Devore jdevore@cmht.com
Lori E. Romley lromley@omm.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark Wayne Robertson mrobertson@omm.com
Meredith N. Landy mlandy@omm.com
Noah Daniel Boyens nboyens@omm.com
Patrick J. Coughlin patc@lerachlaw.com
Randi D. Bandman randib@lerachlaw.com
Shana Eve Scarlett shanas@lerachlaw.com
Shirley H. Huang shirleyh@lerachlaw.com
William S. Lerach e_file_sd@lerachlaw.com

**Dated: October 17, 2006**                    **Richard W. Wieking, Clerk**

 

**By:    /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**