DAVID M. FURBUSH (State Bar No. 83447)
LORI E. ROMLEY (State Bar No. 148447)
DHAIVAT H. SHAH (State Bar No. 196382)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
E-Mail:        dfurbush@omm.com
                   lromley@omm.com
                   dshah@omm.com

SETH ARONSON (State Bar No. 100153)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407
E-Mail:        saronson@omm.com

JESSICA A. HOOGS (State Bar No. 227011)
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:        jhoogs@omm.com

Attorneys for Defendants
VERISIGN, INC., STRATTON D. SCLAVOS,
DANA L. EVAN, ROBERT J. KORZENIEWSKI,
and QUENTIN P. GALLIVAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>VERISIGN, INC.<br>SECURITIES LITIGATION | Master File No. C-02-2270-JW (PVT)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION CONTINUING SCHEDULED HEARING ON DEFENDANTS' MOTION TO DISMISS FIFTH AMENDED CLASS ACTION COMPLAINT; [P~~ROPOSED~~] ORDER THEREON**<br><br>Judge:    Honorable James Ware |

1   **WHEREAS,** the hearing on defendants' motion to dismiss plaintiffs' Fifth Amended
2   Class Action Complaint ("FAC") is currently scheduled to take place on November 13, 2006;

3   **WHEREAS,** the parties are engaged in settlement discussions and believe it would facili-
4   tate those discussions to postpone the hearing on the pending motion until December 4, 2006;

5   **WHEREAS,** the parties believe that it would facilitate settlement discussions if this Court
6   deferred ruling on defendants' motion until on or after December 4, 2006;

7   **WHEREAS,** the parties believe that they will be in a position to inform the Court whether
8   a settlement has been reached, on or before November 27, 2006;

9   **THEREFORE, THE PARTIES JOINTLY REQUEST THAT**:

10  The hearing on defendants' motion to dismiss plaintiffs' Fifth Amended Class Action
11  Complaint be continued from November 13, 2006, to December 4, 2006, or such time thereafter
12  as ordered by the Court; and that any ruling on defendants' motion to dismiss will be deferred
13  until on or after December 4, 2006.  In the event that the parties agree on settlement, they will
14  inform the Court on or before November 27, 2006.

16  Dated: November 9, 2006                LERACH COUGHLIN STOIA GELLER
17                                           RUDMAN & ROBBINS LLP

19                                         By:  /s/ Jeffrey W. Lawrence
                                                Jeffrey W. Lawrence

20                                         Attorneys for Plaintiffs

22  Dated: November 9, 2006                O'MELVENY & MYERS LLP

24                                         By:  /s/ David M. Furbush
                                                David M. Furbush

26                                         Attorneys for Defendants
                                           VERISIGN, INC., STRATTON D.
27                                         SCLAVOS, DANA L. EVAN, ROBERT J.
                                           KORZENIEWSKI, and QUENTIN P.
28                                         GALLIVAN

STIP. & PROPOSED ORDER RE CONTINUING HEARING ON MOTION TO DISMISS - C-02-2270-JW (PVT)

**CERTIFICATE OF CONCURRENCE**

I certify that Jeffrey W. Lawrence concurs in the filing of this document.

/s/ David M. Furbush
David M. Furbush

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/09/2006

The Honorable James Ware
United States District Judge