| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
|   | JEFFREY W. LAWRENCE (166806) |
| 3 | DENNIS J. HERMAN (220163) |
|   | CHRISTOPHER P. SEEFER (201197) |
| 4 | SHIRLEY H. HUANG (206854) |
|   | JENNIE LEE ANDERSON (203586) |
| 5 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 7 | PatC@lerachlaw.com |
|   | JeffreyL@lerachlaw.com |
| 8 | DennisH@lerachlaw.com |
|   | ChrisS@lerachlaw.com |
| 9 | ShirleyH@lerachlaw.com |
|   | JennieA@lerachlaw.com |
| 10 |    – and – |
|   | WILLIAM S. LERACH (68581) |
| 11 | JOY ANN BULL (138009) |
|   | 655 West Broadway, Suite 1900 |
| 12 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 13 | 619/231-7423 (fax) |
|   | BillL@lerachlaw.com |
| 14 | JoyB@lerachlaw.com |

Counsel for Plaintiffs

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

Counsel for Derivative Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN, INC. SECURITIES LITIGATION | ) Master File No. C-02-2270-JW(PVT) |
| | ) CLASS ACTION |
| This Document Relates To: | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) SHORTENING TIME FOR UNOPPOSED |
| ALL ACTIONS. | ) MOTION FOR PRELIMINARY APPROVAL |
| | ) OF SETTLEMENT |

Pursuant to Civil L.R. 6-1 and 7-11, the parties hereby stipulate and request an order shortening time for the hearing on Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement filed December 13, 2006:

WHEREAS, on December 12, 2006, the parties filed the Stipulation of Settlement and Release dated as of December 12, 2006; and

WHEREAS, the hearing on Defendants' motion to dismiss was scheduled to be heard at 9:00 a.m. on December 18, 2006;

It is therefore stipulated, subject to the Court's approval, that the Court hear the unopposed motion for preliminary approval on shortened time on the date and time previously set to hear Defendants' motion to dismiss:

1. The hearing on Lead Plaintiffs' motion will be heard on Monday, December 18, 2006, at 9:00 a.m.

IT IS SO STIPULATED.

>LERACH COUGHLIN STOIA GELLER
>  RUDMAN & ROBBINS LLP
> PATRICK J. COUGHLIN
> JEFFREY W. LAWRENCE
> DENNIS J. HERMAN
> CHRISTOPHER P. SEEFER
> SHIRLEY H. HUANG
> JENNIE LEE ANDERSON
> 100 Pine Street, Suite 2600
> San Francisco, CA 94111
> Telephone: 415/288-4545
> 415/288-4534 (fax)
>
> LERACH COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> WILLIAM S. LERACH
> JOY ANN BULL
>
>
>           s/ Joy Ann Bull
>            JOY ANN BULL
>
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)
>
> Lead Counsel for Plaintiffs

STIP & [PROPOSED] ORDER SHORTENING TIME FOR UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT - C-02-2270-JW(PVT)                                      - 1 -

LAW OFFICES BERNARD M. GROSS, P.C.
BERNARD M. GROSS
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
215/561-3000 (fax)

COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
STEVEN J. TOLL
LISA M. MEZZETTI
JOSHUA S. DEVORE
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: 202/408-4600
202/408-4699 (fax)

SCHATZ & NOBEL, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)

Additional Counsel for Federal Plaintiffs

STIP & [PROPOSED] ORDER SHORTENING TIME FOR UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT - C-02-2270-JW(PVT)                - 2 -

I, Joy Ann Bull, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Shortening Time. In compliance with General Order 45, X.B., I hereby attest David Furbush has concurred in this filing.

O'MELVENY & MYERS LLP
DAVID FURBUSH

<u>     s/ David Furbush     </u>
DAVID FURBUSH

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650/473-2600
650/473-2601 (fax)

Counsel for VeriSign, Inc. and the Individual Defendants

I, Joy Ann Bull, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Shortening Time for Unopposed Motion for Preliminary Approval of Settlement. In compliance with General Order 45, X.B., I hereby attest that David Furbush has concurred in this filing.

\*    \*    \*

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: <u>December 13, 2006</u>      <u>/s/ James Ware</u>
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\Settlement\Verisign.set\STIP SHORTENING TIME 00037495.doc

STIP & [PROPOSED] ORDER SHORTENING TIME FOR UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT - C-02-2270-JW(PVT)    - 3 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I further certify that I caused this document to be forwarded to the following designated |
| 8 | Internet site at: http://securities.lerachlaw.com/. |

s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:JoyB@lerachlaw.com

# Mailing Information for a Case 5:02-cv-02270-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Randi D. Bandman**
  randib@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Noah Daniel Boyens**
  nboyens@omm.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Joshua Seth Devore**
  jdevore@cmht.com

- **David Malcolm Furbush**
  dfurbush@omm.com dbrown@omm.com;dshah@omm.com;lnewell@omm.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com

- **Dennis J. Herman**
  dennish@lerachlaw.com e_file_sf@lerachlaw.com

- **Jessica Anne Hoogs**
  jhoogs@omm.com

- **Shirley H. Huang**
  shirleyh@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Meredith N. Landy**
  mlandy@omm.com
  dfurbush@omm.com;dbrown@omm.com;lhabbeshaw@omm.com;dedmondson@omm.com;jbake

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Ioana Petrou**
  ioana.petrou@usdoj.gov tyle.doerr@usdoj.gov

- **Darren J. Robbins**

- **Mark Wayne Robertson**
  mrobertson@omm.com

- **Lori E. Romley**
  lromley@omm.com dbrown@omm.com

- **Adam T. Savett**
  asavett@cmht.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Dhaivat H. Shah**
  dshah@omm.com rbrown@omm.com

- **Alfred Glenn Yates, Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Amy Freeman
O'Melveny & Myers
400 S. Hope Street
Los Angeles, CA 90071

Bernard M. Gross
Law Offices of Bernard M. Gross, P.C.
Suite 450, John Wanamaker Bldg.
Juniper & Market Streets
100 Penn Square East
Philadelphia, PA 19107

Nancy A. Kulesa
```

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

**Lisa M. Mezzetti**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
West Tower
Washington, DC 20005

**Simon Bahne Paris**
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964

**Mark S. Willis**
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 20005