LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JEFFREY W. LAWRENCE (166806)
DENNIS J. HERMAN (220163)
CHRISTOPHER P. SEEFER (201197)
SHIRLEY H. HUANG (206854)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JeffreyL@lerachlaw.com
DennisH@lerachlaw.com
ChrisS@lerachlaw.com
ShirleyH@lerachlaw.com
        – and –
WILLIAM S. LERACH (68581)
JOY ANN BULL (138009)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com
JoyB@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN, INC. SECURITIES LITIGATION | ) ) ) ) |
| | ) |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) ) |

Master File No. C-02-2270-JW(PVT)

CLASS ACTION

DECLARATION OF JOY ANN BULL FILED ON BEHALF OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

DATE:       March 12, 2007
TIME:        9:00 a.m.
COURTROOM:   The Honorable James Ware

I, JOY ANN BULL, declare as follows:

1.       I am a member of the firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2.       This firm is Lead Counsel of record for the Lead Plaintiffs.

3.       The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.       My firm incurred a total of $3,885,333.79 in unreimbursed expenses in connection with the prosecution of this litigation.  They are broken down as follows:

EXPENSES

From Inception to February 27, 2007

| DISBURSEMENT | | TOTAL |
|---|---|---|
| Meals, Hotels & Transportation | | $   91,384.83 |
| Photocopies | | 174,161.20 |
| Postage | | 4,514.23 |
| Telephone, Facsimile | | 15,660.02 |
| Messenger, Overnight Delivery | | 9,081.14 |
| Filing, Witness & Other Fees | | 21,678.70 |
| Court Reporters | | 53,119.97 |
| Lexis, Westlaw, Online Library Research | | 57,656.82 |
| Class Action Notices/Business Wire | | 52,446.00 |
| Mediation Fees | | 25,098.00 |
| Experts/Consultants/Investigators | | 2,519,445.38 |
| **Outside:** | | |
| Breakwater Security Associates Inc. | 8,035.00 | |
| First Analysis | 2,952.75 | |
| G2 Corporate Research | 312.50 | |
| Hemming Morse, Inc. | 430,712.86 | |
| Jam Corporate Research, Inc. | 40,200.00 | |
| L.R. Hodges & Associates, Ltd. | 176,138.37 | |
| Lily Haggerty | 175.00 | |
| Nelson Mullins Riley & Scarborough, LLP | 66.30 | |
| Proquest Archiver | 14.85 | |
| Stanford Consulting Group, Inc. | 37,904.00 | |
| **In-House:** | | |
| Forensic Accountants | 1,629,827.50 | |
| Economic/Damage Analysts | 44,551.25 | |

| DISBURSEMENT | | TOTAL |
|---|---|---|
| Investigators | 148,555.00 | |
| Assessments | | 85,000.00 |
| Paralegals | | 776,087.50 |
| TOTAL | | $ 3,885,333.79 |

5.    The following is additional information regarding expenses for which we are asking for reimbursement:

(a)    the firm incurred expenses of $53,119.97 for amounts paid to court reporters for transcripts of court hearings and depositions.

| DATE | VENDOR |
|---|---|
| 02/07/04 | Jordonna Lobese - Transcript |
| 06/07/04 | Peter Torreano - Transcript |
| 08/24/04 | Tradewinds-West Video Productions |
| 11/10/04 | Eastwood-Stein |
| 11/11/04 | Eastwood-Stein |
| 11/24/04 | Eastwood-Stein |
| 12/01/04 | American Express |
| 12/03/04 | Eastwood-Stein |
| 12/10/04 | Eastwood-Stein |
| 12/30/04 | Eastwood-Stein |
| 01/06/05 | Eastwood-Stein |
| 01/07/05 | Eastwood-Stein |
| 01/08/05 | Eastwood-Stein |
| 01/10/05 | Eastwood-Stein |
| 01/11/05 | Eastwood-Stein |
| 01/20/05 | Irene Rodriguez |
| 01/31/05 | Eastwood Stein |
| 02/01/05 | Eastwood-Stein |
| 02/07/05 | Eastwood-Stein |
| 02/22/05 | Eastwood-Stein |
| 02/26/05 | Eastwood-Stein |
| 03/31/05 | Eastwood-Stein |

DECLARATION IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES - C-02-2270-JW(PVT)          - 2 -

| DATE | VENDOR |
|------|--------|
| 07/19/05 | Eastwood-Stein |
| 04/05/06 | Irene Rodriguez |

(b)     Filing, Witness and Other Fees: $21,678.70

| DATE | VENDOR |
|------|--------|
| 05/09/02 | Wheels of Justice, Inc. |
| 05/09/02 | Business Wire |
| 05/09/02 | Register of Copyrights |
| 05/10/02 | Wheels of Justice, Inc. |
| 05/10/02 | Pacific Research & Retrieval, Inc. |
| 05/15/02 | Wheels of Justice, Inc. |
| 05/16/02 | Wheels of Justice, Inc. |
| 05/21/02 | Wheels of Justice, Inc. |
| 05/22/02 | Wheels of Justice, Inc. |
| 05/22/02 | Pacific Research & Retrieval, Inc. |
| 05/24/02 | Wheels of Justice, Inc. |
| 05/28/02 | Wheels of Justice, Inc. |
| 05/29/02 | 1st Nationwide Legal Services, LLC |
| 05/30/02 | Pacific Research & Retrieval, Inc. |
| 05/30/02 | Wheels of Justice, Inc. |
| 06/03/02 | Wheels of Justice, Inc. |
| 06/06/02 | Pacific Research & Retrieval, Inc. |
| 06/07/02 | Wheels of Justice, Inc. |
| 06/17/02 | Wheels of Justice, Inc. |
| 06/24/02 | Wheels of Justice, Inc. |
| 06/25/02 | Wheels of Justice, Inc. |
| 06/26/02 | Wheels of Justice, Inc. |
| 06/26/02 | 1st Nationwide Legal Services, LLC |
| 06/27/02 | Wheels of Justice, Inc. |
| 06/28/02 | Wheels of Justice, Inc. |
| 07/02/02 | Wheels of Justice, Inc. |

| DATE | VENDOR |
|------|--------|
| 07/05/02 | Wheels of Justice, Inc. |
| 07/08/02 | Wheels of Justice, Inc. |
| 07/10/02 | Pacific Research & Retrieval, Inc. |
| 07/17/02 | Wheels of Justice, Inc. |
| 07/19/02 | Wheels of Justice, Inc. |
| 09/03/02 | Wheels of Justice, Inc. |
| 09/09/02 | Wheels of Justice, Inc. |
| 10/09/02 | Wheels of Justice, Inc. |
| 10/18/02 | Lily Haggerty |
| 10/21/02 | Wheels of Justice, Inc. |
| 11/07/02 | Wheels of Justice, Inc. |
| 11/12/02 | Wheels of Justice, Inc. |
| 02/14/03 | Wheels of Justice, Inc. |
| 03/20/03 | Lily Haggerty |
| 05/14/03 | Wheels of Justice, Inc. |
| 07/11/03 | Wheels of Justice, Inc. |
| 07/25/03 | Lily Haggerty |
| 08/15/03 | Wheels of Justice, Inc. |
| 08/18/03 | Wheels of Justice, Inc. |
| 08/19/03 | Wheels of Justice, Inc. |
| 08/21/03 | Wheels of Justice, Inc. |
| 08/22/03 | Wheels of Justice, Inc. |
| 09/04/03 | Wheels of Justice, Inc. |
| 09/25/03 | Wheels of Justice, Inc. |
| 10/01/03 | Wheels of Justice, Inc. |
| 10/02/03 | Wheels of Justice, Inc. |
| 10/08/03 | Wheels of Justice, Inc. |
| 10/09/03 | Wheels of Justice, Inc. |
| 10/23/03 | Wheels of Justice, Inc. |
| 10/29/03 | Wheels of Justice, Inc. |

| DATE | VENDOR |
|---|---|
| 11/13/03 | Wheels of Justice, Inc. |
| 11/14/03 | Wheels of Justice, Inc. |
| 11/20/03 | Wheels of Justice, Inc. |
| 11/21/03 | Wheels of Justice, Inc. |
| 12/03/03 | Wheels of Justice, Inc. |
| 12/05/03 | Wheels of Justice, Inc. |
| 12/09/03 | Wheels of Justice, Inc. |
| 12/24/03 | Wheels of Justice, Inc. |
| 12/30/03 | Wheels of Justice, Inc. |
| 09/21/04 | Wheels of Justice, Inc. |
| 09/30/04 | Wheels of Justice, Inc. |
| 10/20/04 | Wheels of Justice, Inc. |
| 10/28/04 | Wheels of Justice, Inc. |
| 11/10/04 | Wheels of Justice, Inc. |
| 11/12/04 | Wheels of Justice, Inc. |
| 11/24/04 | Wheels of Justice, Inc. |
| 12/02/04 | Wheels of Justice, Inc. |
| 12/22/04 | Wheels of Justice, Inc. |
| 01/13/05 | Wheels of Justice, Inc. |
| 01/24/05 | Wheels of Justice, Inc. |
| 02/03/05 | Wheels of Justice, Inc. |
| 06/03/05 | Wheels of Justice, Inc. |
| 06/30/05 | Accurint |
| 07/31/05 | Accurint |
| 10/12/05 | Wheels of Justice, Inc. |
| 10/31/05 | Wheels of Justice, Inc. |
| 12/15/05 | Wheels of Justice, Inc. |
| 12/23/05 | Wheels of Justice, Inc. |
| 12/29/05 | Accurint |
| 01/18/06 | Wheels of Justice, Inc. |

DECLARATION IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES - C-02-2270-JW(PVT)            - 5 -

| DATE | VENDOR |
|------|--------|
| 02/13/06 | Wheels of Justice, Inc. |
| 02/28/06 | Wheels of Justice, Inc. |
| 04/21/06 | Wheels of Justice, Inc. |
| 05/12/06 | Wheels of Justice, Inc. |
| 06/30/06 | Wheels of Justice, Inc. |
| 07/21/06 | Wheels of Justice, Inc. |
| 10/03/06 | Wheels of Justice, Inc. |
| 11/07/06 | Wheels of Justice, Inc. |

(c)     Meals, Hotels and Transportation: $91,384.83.  Expenses for meals, hotels

and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Bowman, Elisabeth | 01/15/04 | San Francisco, CA | Set up coding sheet and summation database |
| Mautner, Keith | 01/20/04 – 01/22/04 | San Francisco, CA | Review and code company documents |
| Mautner, Keith | 01/26/04 – 01/30/04 | San Francisco, CA | Review KPMG workpapers; search for affiliate spreadsheet information |
| Ferandell, Jennifer | 03/26/04 | San Francisco, CA | Create witness files and issue files |
| Cunningham, Brooke | 03/26/04 – 04/01/04 | San Francisco, CA | Create witness, customer and issue files |
| Mautner, Keith | 04/13/04 – 04/16/04 | San Francisco, CA | Document review, including PwC, KPMG documents |
| Mautner, Keith | 09/12/04 – 09/16/04 | San Francisco, CA | EOTK on 30(b)(6) deposition notice; prepare spreadsheet regarding potential round tripping; work on D&T MTC memorandum |
| Mautner, Keith | 10/20/04 – 10/21/04 | San Francisco, CA | Prepare for KPMG 30(b)(6) deposition |
| Mautner, Keith | 10/24/04 – 10/26/04 | San Francisco, CA | Prepare for KPMG 30(b)(6) deposition |
| Mautner, Keith | 11/04/04 – 11/06/04 | San Francisco, CA | Attend 30(b)(6) deposition |
| Mautner, Keith | 11/08/04 – 11/09/04 | San Francisco, CA | Prepare for and attend Shea deposition |
| Mautner, Keith | 11/15/04 – 11/18/04 | San Francisco, CA | Prepare for and attend depositions |

DECLARATION IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES - C-02-2270-JW(PVT)     - 6 -

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Mautner, Keith | 11/22/04 – 11/23/04 | San Francisco, CA | Prepare for and attend depositions |
| Mautner, Keith | 11/30/04 – 12/03/04 | Washington, DC | Prepare for and attend depositions |
| Herman, Dennis | 12/06/04 – 12/07/04 | Washington, DC | Prepare for and attend deposition; prepare for and take Wolford deposition; met with KM to discuss same |
| Mautner, Keith | 12/06/04 – 12/09/04 | Washington, DC | Prepare for and attend depositions |
| Huang, Shirley | 12/07/04 – 12/08/04 | Washington, DC | Prepare for and attend depositions |
| Huang, Shirley | 12/08/04 – 12/09/04 | Hardon, VA | Prepare for and attend depositions |
| Mautner, Keith | 12/15/04 – 12/17/04 | San Francisco, CA | Prepare for and attend depositions |
| Mautner, Keith | 12/19/04 – 12/20/04 | San Francisco, CA | Prepare for and attend deposition |
| Mautner, Keith | 02/07/05 – 02/09/05 | Newport Beach, CA | Document review |
| Huang, Shirley | 02/07/05 – 02/09/05 | Newport Beach, CA | Attend mediation |
| Lawrence, Jeffrey | 02/07/05 – 02/08/05 | Newport Beach, CA | Attend mediation |
| Yurcek, Christopher | 02/07/05 – 02/08/05 | Newport Beach, CA | Attend mediation |
| Herman, Dennis | 02/07/05 – 02/09/05 | Newport Beach, CA | Attend mediation |
| Mautner, Keith | 04/10/05 – 04/12/05 | San Francisco, CA | Prepare for and meet with expert to discuss accounting issues |
| Yurcek, Christopher | 04/12/05 | San Francisco, CA | Attend expert meeting; review documents |
| Mautner, Keith | 06/08/05 – 06/10/05 | San Francisco, CA | Document review; meeting with experts |
| Mautner, Keith | 07/27/05 – 07/28/05 | San Francisco, CA | Meet and confer re: KPMG deficiencies and compliance |
| Mautner, Keith | 08/11/05 - 08/13/05 | San Francisco, CA | Document review; meetings with counsel |
| Lawrence, Jeffrey | 08/26/05 | San Diego, CA | Conference re: allegations and KPMG |
| Mautner, Keith | 09/13/05 – 09/14/05 | San Francisco, CA | Prepare for and attend mediation |
| Mautner, Keith | 10/12/05 – 10/14/05 | San Francisco, CA | Prepare for and attend mediation |
| Mautner, Keith | 10/25/05 – 10/27/05 | San Francisco, CA | Prepare for and attend meeting with experts |

| NAME | DATE | DESTINATION | PURPOSE |
|------|------|-------------|---------|
| Mautner, Keith | 11/03/05 – 11/04/05 | San Francisco, CA | Prepare for and attend meeting with experts |
| Mautner, Keith | 11/21/05 – 11/22/05 | San Francisco, CA | Meeting with experts |
| Bull, Joy | 12/17/06 – 12/18/06 | San Jose, CA | Attend preliminary approval hearing |

(d)     Photocopying:

In-house (454,286 copies @ $0.25 per copy): $113,571.50

Outside Photocopy Expenses: $60,589.70

| DATE | VENDOR |
|------|--------|
| 09/16/03 | Whitmont Legal Copying, Inc. |
| 09/23/03 | Whitmont Legal Copying, Inc. |
| 09/24/03 | Whitmont Legal Copying, Inc. |
| 10/13/03 | Whitmont Legal Copying, Inc. |
| 10/17/03 | Clicks |
| 10/20/03 | Whitmont Legal Copying, Inc. |
| 10/23/03 | Whitmont Legal Copying, Inc. |
| 10/29/03 | KPMG LLP |
| 10/31/03 | Whitmont Legal Copying, Inc. |
| 11/06/03 | Ikon Document Services |
| 11/25/03 | Whitmont Legal Copying, Inc. |
| 11/28/03 | Whitmont Legal Copying, Inc. |
| 12/11/03 | Whitmont Legal Copying, Inc. |
| 12/12/03 | Whitmont Legal Copying, Inc. |
| 12/12/03 | IBM Corporation |
| 12/16/03 | Whitmont Legal Copying, Inc. |
| 12/17/03 | Whitmont Legal Copying, Inc. |
| 12/18/03 | Omnidox, LC |
| 12/29/03 | Ikon Document Services |
| 12/31/03 | Whitmont Legal Copying, Inc. |
| 04/12/04 | Heller Ehrman White & McAuliffe LLP |
| 04/30/04 | Whitmont Legal Technologies, Inc. |

| DATE | VENDOR |
|------|--------|
| 06/16/04 | Sean M Minyard - Copy DVD's |
| 07/30/04 | Whitmont Legal Technologies, Inc. |
| 11/30/04 | Omnidox LC |
| 12/08/04 | Ikon Document Services |
| 01/20/05 | Legal Reprographics, Inc. |
| 01/24/05 | Whitmont Legal Technologies, Inc. |
| 01/27/05 | Ikon Document Services |
| 02/04/05 | Ikon Document Services |
| 04/20/05 | Ikon Document Services |
| 06/02/05 | Ikon Document Services |
| 06/13/05 | Ikon Document Services |
| 06/26/05 | Ikon Document Services |
| 07/07/05 | Legal Reprographics, Inc. |
| 07/10/05 | Ikon Document Services |
| 08/30/05 | Kroll Ontrack Fees |
| 10/28/05 | Ikon Document Services |
| 01/03/06 | Ikon Document Services |
| 02/06/06 | Ikon Document Services |

(e)     Lexis, Westlaw, Online Library Research: $57,656.82.  These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and Choice Point. These databases were used to obtain access to VeriSign SEC filings and to do media searches regarding VeriSign.  The charges for these vendors vary depending upon the type of services requested.

6.     My firm maintained a litigation expense fund for certain common expenses incurred in connection with the prosecution of this case.  The category entitled "assessments" or "contributions to plaintiffs' escrow fund" in each plaintiffs' counsel's fee and expense declaration represents contributions to this expense fund.  These amounts were used for the following expenses:

DECLARATION IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES - C-02-2270-JW(PVT)          - 9 -

| CONTRIBUTIONS | | $255,000.00 |
|---|---|---|
| Lerach Coughlin Stoia Geller Rudman & Robbins | 85,000.00 | |
| Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | 90,000.00 | |
| Law Offices of Bernard M. Gross, P.C. | 80,000.00 | |
| **EXPENSES** | | **$234,070.73** |
| **Experts/Investigators:** | | **$117,862.79** |
| JAM Corporate Research | 41,300.00 | |
| New Technologies, Inc. | 6,435.65 | |
| NTI Breakwater | 33.04 | |
| Stanford Consulting Group | 48,060.00 | |
| L.R. Hodges & Associates | 22,034.10 | |
| **Filing, Witness and Other Fees:** | | **$33,016.79** |
| Capitol Process Services | 102.00 | |
| Esquire Deposition Services | 2,675.44 | |
| Pacific Research & Retrieval | 55.00 | |
| Wheels of Justice, Inc. | 7,198.50 | |
| Postage – UPS | 46.64 | |
| TFI Resources | 10,472.00 | |
| TechDepot | 12,467.21 | |
| **Court Reporters/Transcripts/Video:** | | **$14,320.94** |
| Eastwood-Stein Reporting | 3,767.35 | |
| Holly Moose & Assoc. | 9,160.04 | |
| Jordonna LoBese, RPR | 159.55 | |
| Tradewinds-West Video | 1,234.00 | |
| **Outside Photocopies:** | | **$68,870.21** |
| CDW Direct, LLC | 276.34 | |
| Clicks | 668.46 | |
| Duplicating USA, Inc. | 418.02 | |
| Holland & Knight LLP | 31.30 | |
| Ikon Office Solutions | 19,826.50 | |
| Legal Reprographics, Inc. | 2,117.21 | |
| Omnidox, LC | 8,259.65 | |
| PricewaterhouseCoopers | 524.90 | |
| Spherion | 251.75 | |
| Wachovia Securities | 34.00 | |
| Whitmont Legal Copy | 36,462.08 | |
| **BALANCE REMAINING IN LITIGATION FUND** | | **$20,929.27** |

7.     The balance remaining in the litigation expense fund will be contributed to the Settlement Fund so that there will be no double reimbursement of the assessments contributed by plaintiffs' counsel to the expense fund.

8.     The expenses incurred pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

1    I declare under penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct.  Executed this 2nd day of March, 2007, at San Diego, California.

3

4                                                              s/ Joy Ann Bull
                                                          JOY ANN BULL
5
     S:\Settlement\Verisign.set\DEC LCSGRR EXPENSES 00039700.doc
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES - C-02-2270-JW(PVT)          - 11 -

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.lerachlaw.com/.

          s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: JoyB@lerachlaw.com

# Mailing Information for a Case 5:02-cv-02270-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Randi D. Bandman**
  randib@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Noah Daniel Boyens**
  nboyens@omm.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Joshua Seth Devore**
  jdevore@cmht.com

- **David Malcolm Furbush**
  dfurbush@omm.com dbrown@omm.com;dshah@omm.com;lnewell@omm.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com

- **Dennis J. Herman**
  dennish@lerachlaw.com e_file_sf@lerachlaw.com

- **Jessica Anne Hoogs**
  jhoogs@omm.com

- **Shirley H. Huang**
  shirleyh@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Meredith N. Landy**
  mlandy@omm.com
  dfurbush@omm.com;dbrown@omm.com;lhabbeshaw@omm.com;dedmondson@omm.com;jbake

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Ioana Petrou**
  ioana.petrou@usdoj.gov tyle.doerr@usdoj.gov

- **Darren J. Robbins**

- **Mark Wayne Robertson**
  mrobertson@omm.com

- **Lori E. Romley**
  lromley@omm.com dbrown@omm.com

- **Adam T. Savett**
  asavett@cmht.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Dhaivat H. Shah**
  dshah@omm.com rbrown@omm.com

- **Alfred Glenn Yates, Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Amy Freeman
O'Melveny & Myers
400 S. Hope Street
Los Angeles, CA 90071

Bernard M. Gross
Law Offices of Bernard M. Gross, P.C.
Suite 450, John Wanamaker Bldg.
Juniper & Market Streets
100 Penn Square East
Philadelphia, PA 19107

Nancy A. Kulesa

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

**Lisa M. Mezzetti**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
West Tower
Washington, DC 20005

**Simon Bahne Paris**
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964

**Mark S. Willis**
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 20005

## VeriSign Manual Service List

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215/496-0300
215/496-6611 (fax)

Arthur L. Shingler III
Scott + Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101
619/233-4565
619/233-0508 (fax)

Objectors

Joseph M. Cafiero
Veronica W. Cafiero
10 Packsaddle Road West
Rolling Hills, CA 90274
310/544-4160

William L. Purdon
11475 Foxhaven Drive
Chesterland, OH 44026
440/729-7295

Lenann T. Engler
Commonwealth of Pennsylvania
Public School Employees' Retirement System
5 North Fifth Street, 5th Floor
Harrisburg, PA 17101
717/720-4687
717/783-8010 (fax)

Joseph J. Indelicato, Jr.
New York State Teachers' Retirement System
10 Corporate Woods Drive
Albany, New York 12211-2395
800/356-3128
518/447-2679 (fax)

Todd Turner
The Turner Firm
1200 Summit Avenue
Suite 800
Fort Worth, Texas 76102
817/878-2700
817/878-2705 (fax)